NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
**CAMERON A. BELL, CSB #305872**
Trial Attorney—Civil Rights Division
Cameron.Bell@usdoj.gov
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone:(202) 802-7643
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:24-cr-00191-MTK |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ADAM BRAUN,** | |
| Defendant. | |

## Introduction

Defendant Adam Braun targeted and terrorized the community at Temple Beth Israel over the course of five months. Mr. Braun's actions escalated, from tagging his moniker and veiled white supremacist symbols on the walls, to appearing at night outside the door of the Temple's preschool with a hammer and eventually scrawling "White Pride" on the side of the

**Government's Sentencing Memorandum**                                                                                                    Page 1

building.  Defendant should receive an 18-month sentence to hold him accountable for his crimes.

## Factual Background

### A. Graffiti Attacks at TBI

Starting in at least August 2023, Adam Braun began targeting Temple Beth Israel, the largest Jewish congregation in Eugene, with repeated graffiti attacks.  The first incident was discovered on August 20, 2023.



While seemingly innocuous, the graffiti features the number "23" in the lower-right hand corner.  That number is used by white supremacists, particularly on the West Coast, as a substituting for the longer symbol "23/16," which equates to W/P or "White Power."

Defendant's next attack was discovered on or about September 11, 2023.  On that day, individuals affiliated with TBI discovered the numbers "1377" spray-painted on the exterior wall of TBI.

/ / /

/ / /

**Government's Sentencing Memorandum**                                                                                      **Page 2**



Defendant later explained that the graffiti was a "play on that '1488' shit." The numeric "1488" is a popular white supremacist symbol. The first symbol, "14," is shorthand for the "14 Words" slogan: "We must secure the existence of our people and a future for white children." The second is 88, which stands for "Heil Hitler" (H being the 8th letter of the alphabet).[1]

Defendant's third graffiti attack at TBI occurred the evening of October 6, 2023, just hours after Hamas's October 7 attack in Israel had begun. This time, Defendant tagged his moniker – "ANTBOI" – right over the paint that was being used to cover his previously graffiti: "1377."



---

[1] *See* https://www.adl.org/resources/hate-symbol/1488.

**Government's Sentencing Memorandum**                                                                 **Page 3**

Defendant's attacks on TBI escalated, and his final attack was no different. On the morning of January 14, 2024, during the middle of Eugene's historic ice storm, Defendant traveled to TBI with a hammer. He approached the doors of TBI's preschool—a preschool that cares for nearly 50 young children Monday through Friday. As he approached the glass doors of the preschool, he covered his face and put the hood of his jacket over his head. He lifted his arm above his head, as if readying himself to use the hammer to smash the glass doors (pictured below).



Before striking the door, Defendant noticed the security camera. He stared into the camera and appeared to shout angrily at the camera for approximately one minute before walking away. A video of the incident is provided under seal as Exhibit 1.

/ / /

/ / /

/ / /

/ / /

/ / /

**Government's Sentencing Memorandum**                                                                                           **Page 4**

 

Ten minutes later, Defendant reappeared near TBI's parking lot. He approached the wall of the building near the bicycle racks, the same wall where he previously tagged his moniker and "1377." This time, he scrawled a phrase that left no ambiguity:



**Government's Sentencing Memorandum**             **Page 5**

### B. *Evidence Obtained Following State Arrest*

Defendant was arrested on state charges on January 31, 2024. During an interview following his arrest, he expressed his concern, discontent, and general disapproval of the Jewish community on multiple occasions. He repeated several antisemitic tropes; he claimed Jewish people and "Zionists" possessed "a lot of influence over the nerve centers of society" and were overrepresented in positions of power. He indicated he was skeptical of the Holocaust, telling law enforcement that some things "just don't seem to add up." All the while, Defendant claimed he did not intend to harm anyone at TBI.

While Defendant was being interviewed, investigators searched his home and found a troubling and extensive collection of white supremacist and Nazi paraphernalia, much of which was on display. Defendant possessed two full Ku Klux Klan robes – a white robe and a black robe. Black robes are work by "Knighthawks" rank officers whose main role is to act as security at KKK events.[2]

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[2] *See, e.g.* https://nmaahc.si.edu/object/nmaahc_2011.144.2.1ab.

**Government's Sentencing Memorandum**                                                              **Page 6**



Investigators also found, on the mantel in Defendant's living room, framed photos of Adolf Hitler (with "88" written on the photo) and Heinrich Himmler, the man known for being the architect of the "Final Solution"—the Nazi plan to exterminate Jews throughout the world. Investigators also discovered documents related to Nazi Germany, including "The Oath of the SS Man"; several books, including *Mein Kampf* and *The Hoax of the Twentieth Century* (referring to the Holocaust); and several pamphlets, including "What it means to be a Klansman" and "A Klansman's way of life."

/ / /





**Government's Sentencing Memorandum** **Page 8**



Along with these items, investigators found the hammer Defendant brought with him to TBI, as well as large knives at the property and in his car:



**Government's Sentencing Memorandum**   Page 9



A.      **The Charges**





### B. The Charges

Defendant was charged by Information with five counts of Damage to Religious Property, in violation of 18 U.S.C. § 247.

### C. The Plea Agreement & Guideline Computations

Defendant agreed to plead guilty to Count 2, 4, and 5, and in exchange, the government will dismiss Counts 1 and 3 at sentencing. The government also will, subject to the limitations set forth in the agreement, recommend that defendant receive a reduction for acceptance of responsibility.

The parties agree with the following PSR computations:

| Enhancement | Offense Level |
|---|---|
| Base— USSG § 2H1.1 | 10 |
| Hate Crime Motivation— USSG § 3A1.1(a) | +3 |
| Multiple Count Adjustment— USSG § 3D1.4 | +3 |
| Acceptance of Responsibility— USSG § 3E1.1 | -3 |
| **Total Offense Level** | **13** |
| **Resulting Guideline Range** | **18-24 months** |

### Argument

The Defendant's persistent, escalating acts of vandalism against Temple Beth Israel succeeded in its goal in striking fear into the community. What started as indecipherable tagging concluded in a clear, unequivocal message of hate. Such acts of hostility and intimidation warrant a sentence of 18 months' imprisonment.

Braun's targeting of Temple Beth Israel coincided – whether intentionally or not – with a historic rise in antisemitic incidents following the October 7, 2023, attack on Israel by Hamas.

The Anti-Defamation League reported more than 10,000 antisemitic incidents in the year following the attack, nearly a 300% increase year-over-year. From October 2023, the Jewish community was on high alert for the potential of violent acts against its congregation.

It was with this backdrop that Defendant arrived at Temple Beth Israel in January 2024, during a historic ice storm, with a hammer and screamed menacingly into a security camera guarding the door to the preschool. It was with this backdrop that Defendant, his purpose frustrated by the security camera, went instead to the large wall at Temple Beth Israel and scrawled "White Power." Defendant's message of hate reverberated throughout the community, resulting in increased security and police presence at the synagogue and discussions within the congregation about how to best protect its members.

What investigators uncovered at Defendant's home validated those concerns. Greeting investigators on the fireplace mantel were framed pictures of Adolf Hitler and Heinrich Himmler, the head of the SS and the architect of the Nazi genocide in World War II. An extensive search uncovered KKK robes and even more Nazi and KKK propaganda. The steadfastness of Defendant's antisemitic beliefs was on full display. And while holding or even espousing hateful opinions is protected by the First Amendment, acting on them as Braun did, to intimidate and threaten a vulnerable community, is not.

A guideline sentence of 18 months' imprisonment adequately reflects the seriousness of Defendant's series of offenses and holds him accountable for his actions.

### A.   Restitution & Forfeiture

The parties agree that the Court shall order restitution to the victim in this matter. The parties hope to reach agreement on that number prior to sentencing.

**Conclusion**

Based on the foregoing, the government recommends that this Court impose a sentence of 18 months in prison, followed by a one-year term of supervised release, subject to the standard conditions, plus restitution to be determined at or after sentencing.

Dated: February 6, 2025

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

_/s/ Gavin W. Bruce_____
GAVIN W. BRUCE
Assistant United States Attorney


_/s/ Cameron A. Bell_____
CAMERON A. BELL
Trial Attorney—Civil Rights Division