Irina Hughes, FL Bar No. 66198
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon  97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
Irina_Hughes@fd.org

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ADAM BRAUN,<br><br>      Defendant. | No. 6:24-cr-00191-MTK<br><br>DEFENDANT'S SENTENCING MEMORANDUM<br><br>Sentencing: February 12, 2025, at 3:00 p.m. |

  Adam Braun. is scheduled to appear for sentencing on three counts of the offense of damage to religious property, in violation of 18 U.S.C. § 274(c).  Mr. Braun respectfully requests this Court impose a sentence of time served, followed by one year of supervised release. This sentence is sufficient but not greater than necessary to further the goals of sentencing outlined in 18 U.S.C. § 3553(a).

  Mr. Braun relies on the details provided in his sentencing letter, which he submits separately.

Page 1  - DEFENDANT'S SENTENCING MEMORANDUM

Respectfully submitted: February 7, 2025.

*s/Irina Hughes*
Irina Hughes
Assistant Federal Public Defender